UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SONA POGOSYAN,

Petitioner,

v.

TODD BLANCHE., et al.,

Respondents.

Case No. 5:26-cv-05480-SPG-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**

**A# 213 457 670**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and Supplemental Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted in part on Petitioner's *Accardi* Doctrine claim,[1] the remaining claims are dismissed without prejudice, and Petitioner's ex parte application for temporary restraining order, (ECF No. 10), is denied as moot.

[1] *United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260 (1954).

The Court ORDERS the following:

Respondents shall release Petitioner Sona Pogosyan (A# 213-457-670) from immigration custody within 24 hours of this Order under the terms and conditions of Petitioner's existing release, as if Petitioner had not been detained.

Respondents shall return to Petitioner any of Petitioner's personal belongings that were seized from her.

Further, Respondents shall file a status report within three days of this Order (1) confirming Petitioner's release, and (2) confirming the return to Petitioner of her personal belongings.

DATED: October 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE