JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SONA POGOSYAN,

Petitioner,

v.

TODD BLANCHE., et al.,

Respondents.

Case No. 5:26-cv-05480-SPG-PD

**JUDGMENT**

**A# 213 457 670**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted in part. The *Accardi* Doctrine claim[1] is granted, and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: October 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

[1] *United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260 (1954).